**Order entered September 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01303-CV

### JOHN WILLIAMS, Appellant

### V.

### DART TRANSIT, Appellee

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-00720-B**

## ORDER

We **DENY** appellant's September 21, 2015 motion for summary judgment.


/s/  CRAIG STODDART
   JUSTICE